No. 327. SCHWARTZ v. UNITED STATES. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles D. Lewis* and *James Dempsey* for petitioner. *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.

No. 334. MASON v. BANTA CARBONA IRRIGATION DISTRICT. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se*. *Mr. Percy S. Webster* for respondent.

No. 353. PURMAN v. FITCH ET AL. October 22, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. Petitioner *pro se*. *Mr. John H. Davidson* for respondents.

No. 377. HUNNICUTT v. UNITED STATES. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Wheeler* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 378. AMERICAN BOWLING & BILLIARD CORP. v. BRUNSWICK-BALKE-COLLENDER Co. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr.* and *Walter A. Darby* for petitioner. *Messrs. Leo F. Tierney* and *Theodore S. Kenyon* for respondent.